IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WAYNE BIDDLE, | : |
| Plaintiff, | : |
| v. | : Civ. No. 13-343-RGA |
| OFFICER JONES, et al., | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Plaintiff Wayne Biddle, a former inmate within the Delaware Department of Correction, filed a Complaint (D.I. 2) on March 1, 2013, pursuant to 42 U.S.C. § 1983.

On May 23, 2013, while incarcerated, plaintiff filed a letter/motion (D.I. 11) construed as a motion for injunctive relief to stop Defendants from threatening, harassing and/or retaliating against him as a result of filing the instant lawsuit.

On June 17, 2013, Plaintiff advised the court that he is no longer incarcerated. (*See* D.I. 20.) Inasmuch as Plaintiff is no longer incarcerated, injunctive relief may not issue. "The relevant inquiry is whether the movant is in danger of suffering irreparable harm at the time the preliminary injunction is to be issued." *SI Handling Sys., Inc. v. Heisley*, 753 F.2d 1244, 1264 (3d Cir. 1985). Because Plaintiff is no longer an incarcerated individual, it is impossible for him to suffer irreparable with regard to the issues he raises in his letter/motion seeking injunctive relief.

THEREFORE, at Wilmington this 19th day of June, 2013, IT IS ORDERED that Plaintiff's letter/motion for injunctive relief (D.I. 11) is **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE